**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

| | |
|---|---|
| MICHAEL LEE, *derivatively on behalf of* DRIVEN BRAND HOLDINGS INC..<br><br>Plaintiffs,<br><br>v.<br><br>DANIEL TERWILLIGER, *derivatively on behalf of* DRIIVEN BRANDS HOLDINGS INC., *et.al.*,<br><br>Defendants. | CASE NO. 3:26-cv-00302-MOC-DCK<br><br>**NOTICE OF APPEARANCE FOR EDWARD FERGUSON** |

Edward Ferguson of the law firm of Robinson, Bradshaw & Hinson, P.A. hereby provides notice to the Court and all parties that he will appear along with Adam K. Doerr as counsel on behalf of all Defendants in the above-referenced case. All future notices, documents or request for information should be directed to Mr. Ferguson and Mr. Doerr at the address below.

[Signatures appear on following page]

Dated: July 30, 2026


/s/ Edward Ferguson

Adam K. Doerr
N.C. Bar No. 37807
adoerr@robinsonbradshaw.com
Edward Ferguson
N.C. Bar No. 64954
eferguson@robinsonbradshaw.com

**ROBINSON, BRADSHAW & HINSON, P.A.**
600 S. Tryon Street, Suite 2300
Charlotte, North Carolina 28202
2Telephone: 704.377.8114
Facsimile: 704.378.4000


*Attorneys for Defendants*